*E. Haymond,* for appellees.

---

## CANTWELL *v.* THE STATE.

APPEAL from the *Owen* Common Pleas.

FRAZER, J.—The paper intended as an affidavit, on which the information was founded, did not appear to have been sworn to. It was no affidavit. The court below, therefore, erred in refusing to quash the information. The information itself was essentially defective, for the reasons given in *Tipton* v. *The State, ante* p. 429.

The judgment is reversed, and the cause remanded, with instructions to quash, &c.

*F. T. Brown,* for appellant.

*D. E. Williamson,* Attorney General, for the State.